# Court of Appeals
# of the State of Georgia

ATLANTA, _July 11, 2012_

*The Court of Appeals hereby passes the following order:*

**A12A2104. PREMIER CAPITAL, LLC v. JEFFREY K. WILLIS, ET AL.**

On April 4, 2012, the trial court entered a judgment in favor of the defendant. On May 7, 2012, the plaintiff filed its notice of appeal. We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed. Here, the plaintiff filed its notice of appeal 33 days after entry of the trial court's order. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because the plaintiff's notice of appeal is untimely, we lack jurisdiction and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _07/11/2012_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*